IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| EMMETT L WILLIAMS, | * |
| Plaintiff, | * |
| vs. | *   CASE NO. 4:23-cv-25 (CDL) |
| ST FRANCIS UROLOGY *et al.*, | * |
| Defendants. | * |

O R D E R

The Court previously concluded that Plaintiff had not properly served Defendants or shown that they were proper defendants or legal entities capable of being sued. Order 2, *Williams v. St. Francis Urology*, 4:23-cv-25 (CDL) (M.D. Ga. Aug. 23, 2023), ECF No. 5. The Court further concluded that Plaintiff's Complaint did not identify a basis for federal subject matter jurisdiction. *Id.* at 2. Despite these deficiencies, the Court provided Plaintiff with more time to file proof of proper service and an opportunity to amend his Complaint. The Court warned that if Plaintiff did not provide sufficient evidence of service and amend his Complaint by September 15, 2023, the Court would dismiss this action without prejudice. *Id.* at 3. Plaintiff did not file an amended complaint by the deadline or otherwise respond to the Court's Order. Therefore, the Complaint in this action is dismissed without prejudice.

IT IS SO ORDERED, this 20th day of September, 2023.

                                            S/Clay D. Land
                                            CLAY D. LAND
                                            U.S. DISTRICT COURT JUDGE
                                            MIDDLE DISTRICT OF GEORGIA