IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| EMMETT L. WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No. 4:23-cv-25 (CDL) |
| | * |
| ST. FRANCIS UROLOGY, *et al.*, | |
| | * |
| Defendants. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated September 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 20th day of September 2023.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk